UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **CONFEDERACIÓN DE ASOCIACIONES AGRÍCOLAS DEL ESTADO DE SINALOA, A.C., CONSEJO AGRÍCOLA DE BAJA CALIFORNIA, A.C., ASOCIACIÓN MEXICANA DE HORTICULTURA PROTEGIDA, A.C., ASOCIACIÓN DE PRODUCTORES DE HORTALIZAS DEL YAQUI Y MAYO, and SISTEMA PRODUCTO TOMATE,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES,**<br><br>Defendant,<br><br>and<br><br>**THE FLORIDA TOMATO EXCHANGE,**<br><br>Defendant-Intervenor. | Before: Jennifer Choe-Groves, Judge<br><br>Court No. 19-00059 |

**ORDER**

Upon consideration of Plaintiffs' Motion for Reconsideration and Status Conference, June 21, 2019, ECF No. 54 ("Plaintiff's Motion"), and all other papers and proceedings in this action, it is hereby

**ORDERED** that Plaintiffs' Motion is denied.

　/s/ Jennifer Choe-Groves　
Jennifer Choe-Groves, Judge

Dated: 　June 24, 2019　
　　　　New York, New York